In the Matter of WILLIAM P. CLARK, Appellant, against HARRY W. MARSH, as Commissioner of Welfare of the City of New York, et al., Respondents.

Submitted October 1, 1945; decided October 11, 1945.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison of counsel), for motion.*

*George Dyson Friou* opposed.

Motion granted and appeal dismissed, with costs, and $10 costs of motion upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.